IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Marcos Romo, Humberto Herrera, Jonathan Acevedo and Blanca Ornelas<br><br>Plaintiff,<br><br>v.<br><br>Islas Marias Restaurant, Inc., and Soledad Rodriguez<br><br>Defendants. | Case No. 1:22-cv-04378<br><br>Honorable Jorge L. Alonso |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55**

**Plaintiffs** Marcos Romo, Humberto Herrera, Jonathan Acevedo, and Blanca Ornelas (collectively "Plaintiffs"), by attorneys Justicia Laboral LLC, submits this Motion for Default Judgment Pursuant to Federal Rule of Civil Pro. 55, and states:

1. This is a cause of action whereby Plaintiff seeks redress for unpaid wages and unpaid overtime wages under the Fair Labor Standards Act (29 USC § 201, et. seq.), as well as supplemental Illinois Minimum Wage Law claims for unpaid overtime and unpaid wages arising from the same facts and transactions.

2. On July 07, 2023, the Court entered an order of default against Defendant Islas Marias Restaurant, Inc. Dckt 38.

3. On August 02, 2023, the Court entered an order of default against Defendant Soledad Rodriguez. Dckt 39.

4. Accordingly, Plaintiffs now move for a default judgment against Defendants pursuant to Federal Rule of Civil Procedure 55; in support, Plaintiff tenders supporting documents.

5. Plaintiff Marcos Romo is asking that a default judgment be entered in his favor in the amount of $80,964.75 (representing unpaid wages and treble damages) and 5% Monthly interest pursuant to the formula set in 820 ILCS § 105/129(a) and/or 815 ILCS § 205/2, plus reasonable attorney's fees and costs. *See* Affidavit of Prove- Up, attached as Exhibit A.

6. Plaintiff Humberto Herrera is asking that a default judgment be entered in his favor in the amount of $72,760.50 (representing unpaid wages and treble damages) and 5% Monthly interest pursuant to the formula set in 820 ILCS § 105/129(a) and/or 815 ILCS § 205/2.plus reasonable attorney's fees and costs. *See* Affidavit of Prove- Up, attached as Exhibit B.

7. Plaintiff Jonathan Acevedo is asking that a default judgment be entered in his favor in the amount of $10,395 (representing unpaid wages and treble damages) and 5% Monthly interest pursuant to the formula set in 820 ILCS § 105/129(a) and/or 815 ILCS § 205/2 plus reasonable attorney's fees and costs. See Affidavit of Prove- Up, attached as Exhibit C.

8. Plaintiff Blanca Ornelas is asking that a default judgment be entered in her favor in the amount of $63,585 (representing unpaid wages and liquidated damages), and 5% Monthly interest pursuant to the formula set in 820 ILCS § 105/129(a) and/or 815 ILCS § 205/2, plus reasonable attorney's fees and costs. See Affidavit of Prove- Up, attached as Exhibit D.

9. Additionally, Plaintiff requests an award of reasonable attorney's fees and costs of suit in the amount of $11,327 pursuant to 29 USC § 216(b) of the Fair Labor Standards Act. In support thereof, attached hereto as Exhibit E is the Petition for Attorney's Fees and Costs.

10. Additionally, in support of this Motion, Plaintiff attaches: (i) a Certificate of Default, attesting to the fact that Defendants have not entered an appearance in this case (See Exhibit F);

and (ii) An Affidavit as to Military Service establishing that the individual Defendant(s) is/are not on current active duty with the US Armed Forces (See Exhibit G).

**WHEREFORE**, Plaintiffs Marcos Romo, Humberto Herrera, Jonathan Acevedo and Blanca Ornelas respectfully request that this Motion be granted, and that the Court enter a default and final judgment against Defendants Islas Marias Restaurant, Inc. and Soledad Rodriguez, jointly and severally, for:

A. The amount of unpaid overtime wages for all time worked by Plaintiff Marcos Romo in excess of forty (40) hours per week and treble damages totaling at least $80,964.75. Plaintiff is also seeking 5% Monthly interest pursuant to the formula set in 820 ILCS § 105/129(a) and/or 815 ILCS § 205/2.

B. The amount of unpaid overtime wages for all time worked by Plaintiff Humberto Herrera in excess of forty (40) hours per week and treble damages totaling at least $72,760.50. Plaintiff is also seeking 5% Monthly interest pursuant to the formula set in 820 ILCS § 105/129(a) and/or 815 ILCS § 205/2.

C. The amount of unpaid overtime wages for all time worked by Plaintiff Jonathan Acevedo in excess of forty (40) hours per week and treble damages totaling at least $10,395. Plaintiff is also seeking 5% Monthly interest pursuant to the formula set in 820 ILCS § 105/129(a) and/or 815 ILCS § 205/2.

D. The amount of unpaid overtime wages for all time worked by Plaintiff Blanca Ornelas in excess of forty (40) hours per week and treble damages totaling at least $63,585. Plaintiff is also seeking 5% Monthly interest pursuant to the formula set in 820 ILCS § 105/129(a) and/or 815 ILCS § 205/2.

E. The amount of $11,327 in attorney's fees and costs;

F. A declaration that Defendants Islas Marias Restaurant, Inc. and Soledad Rodriguez violated the FLSA;

G. A declaration that Defendants Islas Marias Restaurant, Inc. and Soledad Rodriguez violated the IMWL; and

H. Any other relief deemed just or necessary.

s/Daniel I. Schlade
Attorney For Plaintiff

Daniel I. Schlade (ARDC No. 6273008)
*Attorneys For Plaintiff*
**Justicia Laboral, LLC**
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
Email: dschlade@justicialaboral.com, danschlade@gmail.com

## Certificate of Service

      I, Daniel I. Schlade, an attorney, certify that I caused this **Notice of Filing and Plaintiffs' Motion for Default Judgment** to be filed with the Clerk of the Court on August 17, 2023 which will serve via Pacer/ECF to all attorneys of record, and I certify that I served this notice and documents by mailing copies to the attorneys/parties of record at their listed addresses below, and depositing the same in the U.S. Mail in Chicago on August 17, 2023, with proper postage prepaid:

| | |
|---|---|
| **TO:** **Islas Marias Restaurant, Inc.** **r/a Martin Topete** 227 Cedarfield Dr. Bartlett, IL 60103 | **Soledad Rodriguez** 708 N. Liberty Street Elgin, IL 60120 |

s/Daniel I. Schlade
Attorney For Plaintiff

Daniel I. Schlade (ARDC No. 6273008)
*Attorneys For Plaintiff*
**Justicia Laboral, LLC**
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
Email: dschlade@justicialaboral.com, danschlade@gmail.com
