UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Marcos Romo, et al.

                                      Plaintiff,

v.                                                                        Case No.: 1:22–cv–04378
                                                                             Honorable Jorge L. Alonso

Islas Marias Restaurant Inc., et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 29, 2023:

      MINUTE entry before the Honorable Jorge L. Alonso:Telephonic status hearing held. For the reasons stated on the record, Plaintiff's motion for default judgment pursuant to Federal Rule of Civil Procedure 55 [41] is granted. Default judgment is entered against Defendants Islas Marias Restaurant, Inc. and Soledad Rodriguez. Enter Order on Plaintiff's Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.