OrdeIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Marcos Romo, Humberto Herrera, Jonathan Acevedo and Blanca Ornelas<br><br>          Plaintiff,<br><br>v.<br><br>Islas Marias Restaurant, Inc., and Soledad Rodriguez<br><br>          Defendants. | Case No. 1:22-cv-04378<br><br>Honorable Jorge L. Alonso |

**Order on Plaintiffs' Motion for Default Judgment
Pursuant to Federal Rule of Civil Procedure 55**

This matter coming before the Court on Plaintiffs' Motion for Default Judgment, the Court being fully advised, IT IS HEREBY ORDERED:

The Motion is granted. The Court enters default judgement against Defendants Islas Marias Restaurant, Inc. and Soledad Rodriguez, jointly and severally, as follows:

    A. $80,964.75 in favor of Plaintiff Marcos Romo;

    B. $72,760.50 in favor of Plaintiff Humberto Herrera;

    C. $10,395.00 in favor of Plaintiff Jonathan Acevedo;

    D. $63,585.00 in favor of Plaintiff Blanca Ornelas;

    E. $11,327.00 in attorney's fees and costs.

Date: 8/29/2023

                                                       Jorge L. Alonso
                                                       United States District Judge